DUNNING, APPELLANT, *v.* THE STATE OF OHIO, APPELLEE.

[Cite as *Dunning v. State,* 105 Ohio St.3d 348, 2005-Ohio-1939.]

(No. 2004–1944—Submitted April 13, 2005—Decided May 11, 2005.)

———

**Per Curiam.**

{¶ 1} In 1999, the Cuyahoga County Court of Common Pleas convicted appellant, Daniel Dunning, of involuntary manslaughter, felonious assault, and a firearm specification and sentenced him to an aggregate prison term of 13 years.

{¶ 2} In July 2004, Dunning filed a petition in the Court of Appeals for Cuyahoga County for a writ of mandamus to compel appellee, the state of Ohio, to resentence him in accordance with our decision in *State v. Comer*, 99 Ohio St.3d 463, 2003-Ohio-4165, 793 N.E.2d 473, paragraphs one and two of the syllabus. The state moved to dismiss the petition.

{¶ 3} On October 14, 2004, the court of appeals granted the state's motion and dismissed the petition.

{¶ 4} We affirm the judgment of the court of appeals. Dunning "is not entitled to the retroactive application of *Comer* to his convictions, which had become final before *Comer* was decided." *State ex rel. Maxwell v. Spicer,* 104 Ohio St.3d 344, 2004-Ohio-6594, 819 N.E.2d 702, ¶ 5; *Ali v. State,* 104 Ohio St.3d 328, 2004-Ohio-6592, 819 N.E.2d 687, ¶ 6. Therefore, the court of appeals properly dismissed Dunning's mandamus petition.

Judgment affirmed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Daniel Dunning, pro se.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, Assistant Prosecuting Attorney, for appellee.